IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL CHURCH RESIDENCES d/b/a STAFFORD COURT AND STAFFORD VILLAGES, | : : : | Case No. 2:08-CV-1203 |
| Plaintiff, | : | Judge Holschuh |
| v. | : | Magistrate Judge King |
| NORMA FLOYD AND ALL OTHER OCCUPANTS, | : : | |
| Defendant. | | |

## ORDER

On January 12, 2009, Magistrate Judge King issued a Report and Recommendation recommending that this action be remanded to the Franklin County Municipal Court because this Court lacks jurisdiction over Plaintiff's claims. The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. The time for filing objections under Fed. R. Civ. P. 72(b) has since expired and no objections have been filed. The Report and Recommendation is therefore **ADOPTED** and this case is **REMANDED** to the Franklin County Municipal Court.

**IT IS SO ORDERED.**

Date: February 4, 2009
**/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court